1  DANIEL J. BRODERICK, Bar# 89424
   Federal Defender
2  BENJAMIN D. GALLOWAY, Bar# 214897
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California  95814
4  Telephone (916) 498-5700

5  Attorney for Defendant
   JOSE GUTIERREZ-CASTANEDA

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

   UNITED STATES OF AMERICA,     )
12                               )   No. 2:08-cr-00528-MCE
                Plaintiff,       )
13                               )   **STIPULATION AND ORDER**
          v.                     )
14                               )   DATE: December 18, 2008
   JOSE GUTIERREZ-CASTANEDA,     )   TIME: 9:00 a.m.
15                               )   JUDGE: Hon. Morrison C. England Jr.
                Defendant.       )
16                               )
                                 )
17   _____ )

18      It is hereby stipulated and agreed to between the United States of

19  America through DANIEL MCCONKIE, Assistant U.S. Attorney, and

20  defendant, JOSE GUTIERREZ-CASTANEDA by and through his counsel,

21  BENJAMIN GALLOWAY, Assistant Federal Defender, that the status

22  conference set for Thursday, December 18, 2008 be continued to

23  Thursday, January 15, 2009 at 9:00 a.m..

24      This continuance is being requested as the parties are working

25  toward a resolution of the matter, but need additional time to finalize

26  an agreement.

27      Speedy trial time is to be excluded from the date of this order

28  through the date of the status conference set for January 15, 2009

1  pursuant to 18 U.S.C. §§ 3161 (h)(8)(B)(iv) [reasonable time to

2  prepare] (Local Code T4).

3

4  DATED: December 15, 2008        Respectfully submitted,
                                   DANIEL J. BRODERICK
5                                  Federal Defender

6                                  /S/ Benjamin Galloway
                                   BENJAMIN GALLOWAY
7                                  Assistant Federal Defender
                                   Attorney for Defendant
8                                  JOSE GUTIERREZ-CASTANEDA

9

10 DATED: December 15, 2008        McGREGOR W. SCOTT
                                   United States Attorney
11
                                   /s/ Benjamin Galloway for
12                                 DANIEL MCCONKIE
                                   Assistant U.S. Attorney
13                                 Attorney for Plaintiff

14

15

16

                                **O R D E R**
17

18    **IT IS SO ORDERED.**  Time is excluded from today's date through and

   including January 15, 2009 in the interests of justice pursuant to 18
19
   U.S.C. §3161(h)(8)(B)(iv) [reasonable time to prepare] and Local Code
20
   T4.
21

22  Dated: December 15, 2008

23

24  _____
    MORRISON C. ENGLAND, JR.
25  UNITED STATES DISTRICT JUDGE

26

27

28

                                    **2**